UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-6833 DSF (FFMx) | Date | 3-3-08 |
|---|---|---|---|
| Title | Marlene Arenas v. White Memorial Medical Center, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Paul D. Pierson | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause re Dismissal

      On January 8, 2007, this Court ordered this matter stayed pending completion of arbitration. The Court heard nothing further from the parties. On February 12, 2008 this Court issued its Order Regarding Status of Arbitration requiring that, if the matter had been resolved, plaintiff was to file a dismissal within 15 days of the date of the order. If the matter was still pending, the parties were ordered to file a joint statement describing the status of the arbitration proceedings within 15 days.

      Defense counsel filed a unilateral statement; plaintiff's counsel filed nothing. Defendant's statement, supported by counsel's declaration, indicated that plaintiff has done nothing to move this matter toward resolution.

      Plaintiff is therefore ordered to show cause in writing why this action should not be dismissed for lack of prosecution. The written submission is due March 11, 2008. A hearing is set for March 17, 2008 at 11:00 a.m.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL