JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLENE ARENAS | Case No. CV 06-6833 DSF (FFMx) |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| WHITE MEMORIAL MEDICAL CENTER, BRITTANY BERG and DOES 1 to 10, inclusive | |
| Defendants. | |

The Court having previously issued an Order to Show Cause re Dismissal and Plaintiff having agreed to a dismissal without prejudice,

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, and that the action be dismissed without prejudice.

DATED: March 14, 2008

_____
DALE S. FISCHER
United States District Judge